Dismissed and Memorandum Opinion filed March 23, 2006









Dismissed and Memorandum Opinion filed March 23, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01214-CV

____________

 

LEONARD M. McCOLLUM,
TRUSTEE OF THE McCOLLUM TRUST, Appellant

 

V.

 

AMIN NOOR,
Appellee

_________________________________________________________

 

On Appeal from the 61st
District Court

Harris County,
Texas

Trial Court Cause No. 05-01217

_________________________________________________________

 

M E M O R A N D U M   O
P I N I O N

This attempted appeal is from an order, signed October 27,
2005.  The order states that the trial
court is denying a motion filed by appellant. 
On March 10, 2006, a supplemental clerk=s record was filed.  This record contains an order entitled, AInterlocutory Judgment,@ signed on April 28, 2005, granting
defendant, Yoseph M. Noor=s motion for summary judgment.  Neither the original clerk=s record, nor the supplemental clerk=s record contains a final judgment
disposing of all parties and issues.








On January 25, 2006, notification was transmitted to
all parties of the Court=s intent
to dismiss the appeal for want of jurisdiction. 
See Tex. R. App. P. 42.3(a).  Appellant filed no response. 

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed March 23, 2006.

Panel consists of Justices Anderson, Edelman, and Frost.